UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAY DYKES, JR., ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER 08-536-RET-DLD** |
| **MAVERICK MOTION PICTURE, L.L.C., ET AL** | |

## ORDER

A telephone status conference was held on **June 18, 2009, at 3:00 p.m.** to discuss the status of the case.

Present were:   **Joseph F. Lavigne**
Counsel for plaintiffs

**William D. Shea**
Counsel for defendants Madonna and
Guy Oseary

The parties have reached a settlement with defendants Mark Morgan, Maverick Motion Picture Group, LLC, and Maverick Films, LLC., and are preparing a consent judgment to that effect. The parties agreed to dismiss Madonna Ciccone and confirm a default judgment against defendants Tara Pirnia and Ironstar, LLC., but requested the court stay the matter as it relates to defendant Guy Oseary until such time as the consent judgment has been satisfied. The parties acknowledged that Guy Oseary maintains his objection to this court's personal jurisdiction, and his participation in any agreement shall not serve as a waiver of his objection.

After discussion, the parties agreed that, in lieu of a stay, they will request that the court administratively close the case once they have dismissed Ms. Ciccone and confirmed

C: cv36a; T: 00:10

the default judgment against Ms. Pirnia and Ironstar, LLC.  However, in the event the consent judgment is not completed and filed into the record by **September 1, 2009**, all pending motions will be dismissed as moot at that time, without prejudice to re-file should it become necessary.

    Signed in Baton Rouge, Louisiana, on June 18, 2009.

*[Signature]*

**MAGISTRATE JUDGE DOCIA L. DALBY**

C: cv36a; T: 00:10