# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JAY DYKES, JR. and<br>DYKES AND DYKES, L.L.C.<br><br>versus<br><br>MAVERICK MOTION PICTURE GROUP,<br>L.L.C., MAVERICK FILMS, L.L.C.,<br>IRONSTAR, L.L.C., MARK MORGAN,<br>TARA PIRNIA, AUSTEN TAYLER, GUY<br>OSEARY, and MADONNA LOUISE<br>CICCONE (a/k/a MADONNA) | CIVIL ACTION NO. 3:08-cv-00536<br><br>JUDGE BRADY<br><br>MAGISTRATE DALBY |

## JUDGMENT

The Court having considered Plaintiff's Motion for Default Judgment, it is therefore **Ordered, Adjudged and Decreed** as follows:

A judgment is entered in favor of Jay Dykes, Jr. and against Maverick Motion Picture Group, L.L.C. in the amount of Seven Hundred and Thirty-Seven Thousand dollars ($737,000) and for 5% of Maverick Motion Picture Group's adjusted gross profits from The Stanford Prison Experiment, if the film is ever produced in the future.

Additionally, a judgment is entered in favor of Jay Dykes, Jr. for post-judgment interest from the date of entry of the judgment pursuant to 28 U.S.C. § 1961. Further, pre-judgment interest on each obligation covered by this judgment from the time each obligation was owed under the terms of each agreement. In a diversity action, state law governs pre-judgment interest. *See, e.g., Bartholemew v. CNG Producing Co.*, 832 F.2d 326, 330 (5th Cir. 1987). Here, Plaintiff's right to pre-judgment interest on his contract claims is determined by Louisiana law. *Plantation Key Developers, Inc. v. Colonial Mortgage Co.*, 589 F.2d 164, 170 (5th Cir. 1979). Plaintiff filed suit on August 22, 2008, and judicial interest runs from the date of judicial demand. La. C.C.P. art.

{N2245363.1}

1921. Pursuant to La. C.C.P. art. 1921 the pre-judgment interest amount totals to Ninety-One Thousand, One Hundred and Sixty-Nine Dollars and sixty-one cents ($91,169.61).

Signed in Baton Rouge, Louisiana, this 7th day of JANUARY, 2011.

JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

{N2245363.1}