UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JAY DYKES, JR. and<br>DYKES AND DYKES, L.L.C.<br><br>versus<br><br>MAVERICK MOTION PICTURE GROUP, L.L.C., MAVERICK FILMS, L.L.C., IRONSTAR, L.L.C., MARK MORGAN, TARA PIRNIA, AUSTEN TAYLER, GUY OSEARY, and MADONNA LOUISE CICCONE (a/k/a MADONNA) | CIVIL ACTION<br><br>NO. 3:08-CV-00536<br><br>JUDGE BRADY<br><br>MAGISTRATE DALBY |

## ORDER OF DISMISSAL
## AND SATISFACTION OF JUDGMENT

Considering the foregoing Motion to Dismiss and Satisfaction of Judgment;

**IT IS ORDERED** that the judgment in favor of Jay Dykes, Jr. and Dykes and Dykes, L.L.C. has been fully satisfied and the Court hereby dismisses all of the claims against Maverick Motion Picture Group, L.L.C., Maverick Films, L.L.C., Mark Morgan, Guy Oseary, and Madonna Louise Ciccone (a/k/a Madonna), in their entirety, with prejudice.

Baton Rouge, Louisiana, this 11th day of August, 2011.

James J. Brady, District Judge

{N2339809.1}

1